.ıll Sprint 🜂   6:04 PM   64% 🔋



Kevin >

Hey what's going on. I am a friend of Kalvin sending in his letter for court tmm.

To whom it may concern

My name is Dexter Thompson I am a professional basketball player & I am also a CEO of a music label. I met Kalvin through the music industry working with him on a lot of music aspects. Kalvin is an inspirational person to his community in a positive way. He is a role


positive way. He is a role model for the youth who have a dream of being something in the future. Especially with him being a artist. A portion of his music funds always go to back into his community for give positive outlets to a lot of organizations & programs in his area. The best way to describe Kalvin is a very motivational hard working & determined character. He uses all his tough times that he has went through as ways to build him self up & add fuel to his fire to be the

To Whom it May Concern,

This is Arondae Washington, a good friend of Kalvin Barros and I've met him through mutual connections I've built within the music industry. Mr. Barros has been an outstanding member of the community for the past 3 years. As someone who worked alongside of him, I have seen nothing but examples of integrity through his talents that fueled for inspiration to the entire youth of New England. He uses his platform to uplift artists and creates a sense of hope for those who he touched with his poetry. The community, especially children, admire and respect Mr.Barros persona. He demonstrates honor by donating a percentage of his funds generated from music back into his community. His reliability made him very dependable and I knew if I needed advice or help with anything, I can count on him.

Best regards,

**Arondae Washington**

ADMINISTRATOR, Applying Pressure Forever LLC