# **EXHIBIT J**

I have a first amendment right which is freedom of speech. The Judge said "we cant just call/say This is just Entertainment". Then she brought up the fact that in one of the videos mentioned in the case re-enacts a murder. That was not my video, not my song and I am not one of the people doing/participating in any re-enactment so why am I being held accountable for someone elses video? I cannot control other people's actions, I can only control and make decisions on my own actions. Why cant my "raps/Art" be considered Entertainment? for example cocassion rapper "slim jesus" speaks/raps on how he is this big gangster that kills people for a living, But when Interviewed he admitts its all part of his job "Entertainment" saying thats not really who he is, admitting hes never owned a gun, He grew up in the suburbs with his parents, and admitts hes never even thought about shooting anyone in his lifetime. Another example is African American rapper "2 Chains" he raps about selling drug being in the hood, and calling shots. But when Interviewed he explains How its all "Entertainment". Hes always been a good kid he graduated highschool, Hes never been incarcerated, Admitting he doesnt sell drugs he sells property, and hes graduated college on 2 different occassions. With that being said why is it that <u>my</u> raps cant be considered "Entertainment"? yes I've mentioned "fetynal/syntethic heroin" in my songs, because thats whats going on everyda on the news. Specrally in communities around me. Just like in the same song I mention Police Killing innocent People, because again thats whats going on, on the news and communities around me Does this mean I personally use or sell "fetynal" NO! I've never been charged with fetynal, Never been found with fetynal in my system, and I've never been accused of selling fetynal, and stil till this day there are no evidence that I "Kelvin Barros" is involved with anything that has to do with "fetynal". I can get up there and rap about my real life, but noone will be able to relat maybe a handful if that. Who wants to hear about a kid that graduated highschool, Played sports, lived with both his Parents, and went to college to be an "Air frame Power Plant Mecha

So because I know people or am cool with people that have been "Allegedly" caught with fetynal, and I rap about it, that makes me guilty aswell? I feel like thats not fair and I feel that is a violation of my first Amendment rights. The Second Issue I want to discuss is the video "rico" that was released after I had already been in custudy. First I want to say the footage used in that video is old it belongs to a whole different song, If you pay attention while watching the video you will be able to tell that it does not align. Second thing is the audio used for the video which is also old. Meaning I recorded both the song, and the footage well before the indictment, so it would be impossible for me to be trying to send a messege that people should shut up about the case, or any threats to anyone reguarding to this case. Another point I would like to make is that I am a very successful upcoming Artist. So yes I have a "manager", and one of his many jobs is to control my social media and the release of any content. Meaning He is free and has access to post or release when he wants and anything he wants. So again it would have been physically Impossible for me to have been able to release or post anything if I were already in custudy. Another Issue I would like to discuss is the meaning of "HSM". According to the district Attourney the meaning of "HSM" is "Head shot Mafia" which is not the case. "HSM" is registered with an LLC by the state and the meaning on documents are "Hustle stack Money" which is a non violent record label name which is used to make music, and Merchendise, and we have records, and documents to provide this information. The next Issue I would like to discuss are my lyrics, everyone has their own understanding/Interpetation espescially when it comes to music. It might have one meaning to you but a whole different meaning to someone else, But no one can translate the lyrics to a song better then the person who wrote them. With that being said I will provide you the translations to any slang/lyrics to the latest song "rico" discussed on the last court date.

"I got beef so I always keep a blick by my side"
(Meaning I have people that dont like me or that are out to get me so I always keep my body guard with me) you can also contact my body guard if you have any questions. I frequently hire him when I travel or do shows to asure my safety

"road runner so I make her stash my work in her thighs"
(road runner is refering to myself meaning Im always on the road working long hours, "work" is refering to Aderolls, I often take aderolls to keep me awake when I am working)

"we started off on the block making coke sales"
("we" refering to African american people, Black people more then any other race has been convicted for selling crack/cocaine)

"But then we leveled up and started making dope deals"
(we leveled up again refering to African Americans doing better, we started doing better, "Making dope deals" The word dope is used for good, nice, or cool. for example "Thats a dope chain you have on" or "did you see lebron's new contract? That was a dope deal")

"what you know bout 10 on 1 syntethic dope mills"
(10 on 1 meaning for every one person selling ~~syntethic~~ drugs there are 10 law enforcement personells trying to apprehend them, meaning your chances are slim)

"I was locked up in a cage know how the hole feels"
(Meaning I know how it feels to be apprehendid).

"4 bodies in a month bitch what you know bout 50 bands a wee
(refering to a famous rapper friend of mine that told me he had sex with 4 different models in one month, and made 50k weekly touring Aweraging 20-30k a show doing 2 shows weekly)

"I Leave The phone at The crib when I slide nigga"
(Meaning I leave my Phone at home when Im being unfaithful,
for example; "Im bout to slide on my girl" meaning I am going
to cheat)

"Im going in for The kill when I ride"
(ride is another word for flowing or smooth for example;
"This is a good beat, run it back so I can ride on it" or If I believe
I did a good job on the song I would say I "killed" it. So
"going in for the kill" means trying to do my best like
Im going to kill the beat when I ride on it")

"Go ahead and tell them fuckboys what I did when I die"
(Meaning tell every That doesn't like me or doubet me
my accomplishments when Im dead)

"I dont matter if I do it or have my shotta do it, either way I bet
He make it to the trauma unit"
(Meaning doesnt matter if me or my friend beats you up
youll still end up in the hospital)

"A lot changes when you spill blood, I Done lost a lot of niggas
fuck is real love?"
(Meaning Things arent the same when you lose a friend or a loved one
to violence, and I've lost a bunch of people I loved so I dont know
what Love is)

"How you snitching to the cops if you aint see me do it"
(Meaning why are you falsely accusing someone for something they
didnt do especrally If you did not see it happen)

"Get the pack from the plug gotta flip it move it fast"
(Pack is reffering to The hoodies/Merch That is sold on our
website Meaning the faster we sell them the better)

- "If them copas get behind you they might kill you do the dash" (Meaning police might kill you for no reason so it might not be a good idea to get pulled over)

- "If they catch you with that shit they gon smoke you thats you ass. (Warning people that if they are caught with drugs they will face severe consequences)

- "What you know bout selling fetynaul 10 on 1 bro do the math" (again warning people that for every one person selling fetynaul there are 10 law enforcement on them trying to apprehend them so your chances are slim)

- "Im worried bout the niggas that wont stick to the G-code" (G-code = Guy code) (I know a lot of people that would like to be with my girlfriend when Im not around and I hope they respect our relationship and stick to the guy code)

---

Another issue I would like to discuss is the shooting in newbedford mention on our last court date. The district attourney insists that I had knowledge or was present at the time of the shooting which is also false. He say the "suspect" linked to the shooting had phone records/text messeges stating he was with KAI 2 days before the shooting. He has messeges stating he was with KAI the day before the shooting. He again has messeges <u>the day of</u> the shooting but <u>does not</u> state that he is with me on that day, and none of these messeges are too me. whos to say hes not lying to someone about who hes with? They all bring up the fact that my girlfriends car was used as a getaway. But on the same day of the shooting at about 7:00pm records show that me and my girlfriend were in Pennsylvania getting an oil change. So it would be physically impossible for me to have participated or been involved in any shooting/crimes in MASS on thi date being that Pennsylvania is more then 6 hours away.

Last but not least I would like to discuss being a "flight risk". I honestly believe that this topic should be totally out the question. My actions clearly prove I am not a flight risk and that I am not trying to flee the state or country. At the time that the indictment was publisized I was in the state of California. I saw it on facebook and imidretly contacted my lawyer Mr. Reddington about the situation, asking him if he could defend that the case, and how we will go about turning myself in. He gave me specific instructions to drive back to Mass and meet him so we could turn myself into the Marshalls and that he had already spoken to them alerting them I was on my way and not on the run. If I planned on running why would I turn myself in? Thats not consistent with me being a flight risk and also my passport is expired. Its been well over 10 years since I've had a valid passport In order for me to get my passport renewed I would have to go to the post office fill out paper work and provide proper information to obtain a passport and I would have to turn in my old one which is mandetory, so If they was to take my old passport that would take me being a flight risk out the question. Another point mentioned is that I onced lived in cape verde. Yes I did from when I was 5 untill I was about 9 but I do not have citizenship In that country meaning to only passport I've ever had is an american one.

I am not a danger to the community in anyway I've never been convicted of any violent crime in fact I've never been convicted of anything. If my lyrics and me practicing my first amendment right offends anyone or makes them feel threatened I appologize, and there are conditions that can prevent this upon my release. I will agree to not post or release anything on social media. Another way to asure peoples safety if thats the main concern is house arrest/Home confinement 24 hours a day in the house.

I am not asking to be let go free or let of easy because thats not the case, The reason I turned myself in was to deal with the consequences or to confront any crime I'm being accussed of. But with the pendemic going on worldwide today and the covid outbreak it is impossible for any facility to keep me safe from the life threatning Desiese, especially with my health conditions I cant afford to be exposed to covid 19 I am simply asking to place me on home confinment untill it is safe for me to be held in jail because right now it is not safe. I am being punished for my medical condition because there is nothing else they can do, I am placed on segregation and I am only let out my cell 1 Hour a day to clean my cell shower and get one phone call then I am placed back in my cell for 23 hours a day and still that doesnt protect me from the virus. These are circumstances for someone that has broken the rules and I havent broken any rules in here I'm literally being punished because I'm a high risk inmate. and still there have been times I was let out for rec with inmates that only been here 2 days which defeats the porpose of "quarentine". I have reached out to the captain, Srg, and correctional officers even the nurse about not feeling safe in certain inviroments and the response is "If I dont go where they place me it would be considered refusing housing and I will be giving a ticket and sent to the hole where I get no calls just one shower a day and locked back in the cell. its already bad enough Im in jail I shouldnt have to be punished over something I have no control over.